PEOPLE v WINKEL. Appeal from Delta, Bernard H. Davidson, J. Submitted Division 3 March 28, 1972, at Detroit. (Docket No. 11003.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *John R. Beauchamp,* Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant.

Before: LEVIN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pled guilty to a charge of forgery. Reversal is required by reason of the decision of the Michigan Supreme Court in *People v Jaworski,* 387 Mich 21 (1972).

Reversed and remanded for further proceedings.

CELINA MUTUAL INSURANCE Co v FARMER. Appeal from Muskegon, Albert J. Engel, J. Submitted Division 3 April 11, 1972, at Grand Rapids. (Docket No. 11027.) Decided May 2, 1972.

*Landman, Hathaway, Latimer, Clink & Robb* (by *Charles H. Rawlings),* for plaintiff.

*Seymour I. Rosenberg,* and *John B. Olsen,* of counsel, for defendants.

Before: J. H. GILLIS, P. J., and R. B. BURNS and DANHOF, JJ.

MEMORANDUM OPINION. This case is controlled by *Detroit Automobile Inter-Insurance Exchange v Hafendorfer,* 38 Mich App 709 (1972).

Reversed. Costs to appellants.